UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY PAUL JOHNSON          CIVIL DOCKET NO. 5:19-CV-0209-P

VERSUS          CHIEF JUDGE S. MAURICE HICKS, JR.

DARREL VANNOY          MAGISTRATE JUDGE PEREZ-MONTES

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 21), noting the objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Pursuant to Rule 11(a) of the Rules Governing § 2255 Proceedings for the United States District Courts, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Unless a Circuit Justice or District Judge issues a certificate of appealability, an appeal may not be taken to the court of appeals.

In this instance, Johnson's request for a certificate of appealability is **DENIED** because the applicant's claims are either procedurally barred or lacking in sufficient support.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 13th day of September, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT